IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOE DODDS

v.                                                              NO. 15-4659

VERDE ENERGY USA, INC.

FILED
OCT 23 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

JUDGMENT

BEFORE JOYNER, J.

AND NOW, to wit, this 23rd day of October, 2015, in accordance with VERDE ENERGY USA, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff JOE DODDS and against defendant VERDE ENERGY USA, INC. in the amount of $501.00 together with interest and costs.

BY THE COURT:

ATTEST:

Richard Sabol, Deputy Clerk

judg