# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE DODDS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  **Case No.: 2:15-cv-04659-JCJ** |
| | ) |
| VERDE ENERGY USA, INC., | ) |
| | ) |
|     Defendant | ) |

## **SATISFACTION OF JUDGMENT**

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.


Dated: November 10, 2015

*/s/ Craig Thor Kimmel*
CRAIG THOR KIMMEL
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email:kimmel@creditlaw.com
*Attorney for Plaintiff*